UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-2540 (RCL) |
| | ) | |
| **$6,976,934.65 PLUS INTEREST DEPOSITED INTO ROYAL BANK OF SCOTLAND INTERNATIONAL, ACCOUNT NUMBER 2029-56141070, HELD IN THE NAME OF SOULBURY LIMITED, AND PROPERTY TRACEABLE THERETO,** | ) ) ) ) ) ) ) | |
| | ) | |
| **Defendant, and** | ) | |
| | ) | |
| **SOULBURY LIMITED,** | ) | |
| | ) | |
| **Claimant** | ) | |
| | ) | |

## ORDER

Before the Court is claimant Soulbury Ltd.'s Motion [52] for Judgment on the Pleadings, and the United States' Motion [53] to Strike Answer and Complaint. Upon review of the motions, the papers in support of and opposition thereto, the applicable law, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued this date, it is hereby

ORDERED, that the United States' Motion [53] to Strike Answer and Complaint, which is treated by the Court as a motion to dismiss pursuant to 28 U.S.C. § 2466 and is converted to a motion for summary judgment, is DENIED without prejudice to renewal; and it is further

ORDERED, that the parties shall have ninety (90) days from the date of this Order in

which to conduct limited discovery, as described in the Court's Memorandum Opinion, on the question of whether the fugitive disentitlement statute, 28 U.S.C. § 2466, prohibits claimant Soulbury from proceeding with its claim; and it is further

ORDERED, that the United States shall have thirty (30) days from the close of discovery to renew its motion for summary judgment; and it is further

ORDERED, that the Motion [52] for Judgment on the Pleadings is DENIED without prejudice.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 21, 2007.